UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALEC SOYBEL, et al.,

Plaintiffs,

v.

JUDGMENT
21-cv-1846 (CBA) (MMH)

THE CITY OF NEW YORK, et al.,

Defendants.
---------------------------------------------------------------X

An Order of the Honorable Carol B. Amon, United States District Judge, having been filed on February 27, 2025, granting Basin Defendants' Motion for Judgment on the Pleadings; it is

ORDERED and ADJUDGED that Basin Defendants' Motion for Judgment on the Pleadings is granted.

Dated: Brooklyn, New York
March 7, 2025

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk