**ELLEN M. WALKER & ASSOCIATES, P.C.**
**136 MADISON AVENUE, SUITE 501**
**NEW YORK, NEW YORK 10016**
**(917) 841-9031**

**ELLEN M. WALKER**
---------------------------
**RAYMOND J. CARDINALI**

October 14, 2025

**VIA ACMS**
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Centre Street
New York, New York 10007

Re: Soybel, et al. v. City of New York, et al., Court of Appeals Docket #: 25-667

To the Clerk of the Court:

Our firm represents defendants-appellees Vladimir Basin and Mamed Dzhaniyev (collectively the "Basin Defendants") in the above referenced case. The purpose of this letter is to advise the Court that, as the issues addressed in Plaintiffs-Appellants' brief in support of their appeal ("Plaintiffs' Brief", Dkt. No. 37) do not pertain to the Basin Defendants' previously entered judgment on the pleadings dismissing Plaintiffs' claims against them (the "Judgment", Dkt. No. 4), and as Plaintiffs are not appealing the Judgment (see Plaintiffs' Brief, Page 3, Footnote 2), the Basin Defendants are not filing any documents in connection with said appeal at this time.

Respectfully,
Raymond J. Cardinali
RAYMOND J. CARDINALI

cc: All Counsel of Record (via ACMS)